Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NARDIZZI, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:19-cv-03665-CJC-AFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Honorable Cormac J. Carney |

Case No. 2:19-cv-03665-CJC-AFM
NOTICE OF VOLUNTARY DISMISSAL

1     PLEASE TAKE NOTICE that Plaintiff Anthony Nardizzi submits this Notice of Voluntary Dismissal of his claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: September 12, 2019         Respectfully submitted,

                                        Capstone Law APC

                                        By: */s/* Cody R. Padgett
                                              Mark A. Ozzello
                                              Tarek H. Zohdy
                                              Cody R. Padgett
                                              Trisha K. Monesi